In the Matter of the Accounting of DARWIN W. ESMOND et al., as Trustees under the Will of ALFRED BRIDGEMAN, Deceased, Respondents.

WALTER A. BRIDGEMAN, Appellant; CATHERINE H. MUIR et al., Respondents.

*Matter of Esmond,* 145 App. Div. 621, affirmed.
(Argued January 9, 1912; decided January 23, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1911, which affirmed a decree of the Orange County Surrogate's Court judicially settling the accounts of trustees under the will of Alfred Bridgeman, deceased.

*Martin S. Lynch* for appellant.

*William Vanamee* and *Albert H. F. Seeger* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.